IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **CHRISTINE AND JOHN RAMIREZ,** Movants | § § § | |
| v. | § § | C.A. No. B-03-68 |
| **CONTINENTAL BROKER-DEALER CORPORATION** Respondent. | § § § § | |

## ORDER

BE IT REMEMBERED that on June 3, 2003, the Court considered Movant's Application to Confirm Arbitration Award [Dkt. No. 1]. Because Movants did not include a certificate of service with their application, the Court does not have jurisdiction pursuant to 9 U.S.C. § 9 to enforce the arbitration award. Section 9 states that "[n]otice of the application shall be served upon the adverse party, and thereupon the court shall have jurisdiction of such party as though he had appeared generally in the proceeding."

The court **STRIKES** Movant's application to confirm arbitration award. This application is filed well within the one year deadline after the award was made. As such, the movant may re-urge the application. The Court notes that this case was scheduled for an Initial Pretrial Conference on August 11, 2003. The Court **CANCELS** this conference.

DONE this 3rd day of June 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge